# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>PUERTO RICO TRACTION TIRES MANUFACTURERS INC<br><br>Debtor | CASE NO. 09-09849 (BKT)<br><br>CHAPTER 7 |

## MOTION UNDER BANKRUPTCY RULE 1009
## REQUESTING AN AMENDMENT TO SCHEDULES A AND D

TO THE HONORABLE COURT:

COMES NOW, Banco Popular de Puerto Rico, formerly Westernbank Puerto Rico, through the undersigned legal representation, and very respectfully STATE and PRAY:

1. The present bankruptcy case was converted from to Chapter 11 to chapter 7 on July 15, 2010 (docket No. 91).

2. Debtor filed its schedules A and D together with the Petition on November 16, 2009 (docket No.1).

3. In Schedule A Debtor included as property number 1, the real property described therein as: "Warehouse and offices Lot #11 Reparada Ind. Park Ponce, PR"; and as property number 2, the real property described therein as: "Land at Bo. Pajaros Carr. 861 Km. 3.1 Lots.".

4. In Schedule D Debtor included Westernbank as a secured creditor for two loans apparently guaranteed by a property described therein as: "Carr. 167 Rexville Town Center Bayamon, P.R. 00957".

5. An amendment to schedule D was requested by debtor on July 4, 2010 (docket No. 68) and it provided the same description of the property in Rexville Town Center.

6. With regards to the properties included in Schedule A, property number 1 in Ponce is owned by the debtor (Puerto Rico Traction Tire Manufacturers Inc.) and property number 2 in Bayamón is owned by Americo Boschetti Better and Gloria Otero Pastrana; not by Debtor (see **Exhibit I - title studies**).

7. The appearing creditor has not been notified nor has knowledge regarding the transfer or sale of any of the properties.

8. Rule 1009 of Bankruptcy Procedure states in its pertinent part as follows:

    > On a motion of a party in interest, and after notice and a hearing, the court may order any voluntary petition, list, schedule, or statement to be amended and the clerk shall give notice of the amendment to entities designated by the court.

9. Given that the real property belongs to Americo Boschetti Better and Gloria Otero Pastrana, and not to Debtor, Banco Popular requests that the property described in paragraph 2 be excluded from Schedule A and for the debtor to provide the appropriate amendment to Schedule D.

**WHEREFORE** it is very respectfully requested from this Honorable Court to ORDER the amendment of schedule A to exclude the property described in paragraph 2 since it is not property of the Debtor, and for debtor to provide the appropriate amendment to Schedule D, with such further relief as the Court deems necessary.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 29th day of September, 2010.

S/EDUARDO M VERAY LOPEZ
U.S.D.C. #224407
RABELL-MÉNDEZ C.S.P.
P.O. BOX 195580
SAN JUAN, PR 00919-5580
TEL. (787)764-1212
FAX. (787)754-6872
EMAIL: jrabellcsp@prtc.net

**HATO REY TITLE INSURANCE AGENCY, INC**

MCS PLAZA, OFFICE 809
255 PONCE DE LEON AVENUE
HATO REY, PUERTO RICO 00917

TELEPHONE: (787) 274-1200
FAX: (787) 753-5681
FAX: (787) 759-8855

NOTICE

| | |
|---|---|
| CLIENTE: | WESTERNBANK |
| SOLICITADO: | ANNETTE VELEZ #1528 |
| NOMBRE DEL CASO: | PUERTO RICO TRACTION TIRE MANUFACTURERS INC |
| NUMERO DE CONTROL: | 10-04150 |

FINCA: NUMERO 70893, INSCRITA POR SU INSCRIPCION PRIMERA AL FOLIO 201, DEL TOMO 1689, DE BAYAMÓN, REGISTRO DE LA PROPIEDAD, SECCION I DE BAYAMON

DESCRIPCIÓN:
RÚSTICA: B-1 Parcela de terreno sita en el Barrio Pájaros del término municipal de Bayamón, Puerto Rico, compuesta de 3.00 cuerdas equivalente a 11,791.19 metros cuadrados. En lindes: por el Norte, con parcela de terreno dedicada a Uso Público en 102.0391 metros; por el SUR, en 2 Alineaciones, la primera con una Medida Lineal de 22.4711 metros con la Corporación Urbana y Vivienda de Puerto Rico y en Medida Lineal de 107.7091 metros con la finca Principal de la cual Se Segregan; por el ESTE, con la finca Principal de donde se Segrega con una medida de 123.2263 metros; y por el OESTE, en Alineaciones la Primera con la Sucesión Boschetti en una medida lineal sw 53.2868 metros y con la CRUV DE PUERTO RICO y en una medida lineal de 53.0732 metros.

TRACTO REGISTRAL: Se segrega de la finca #60,012 inscrita al folio 227 tomo 1334 de Bayamón.

DOMINIO: Consta inscrita a favor de AMERICO BOSCHETTI BETTER, también conocido como JUAN AMERICO BOSCHETTI Y ESPOSA GLORIA OTERO también conocida como GLORIA OTERO PASTRANA, quien la adquirió por Título se Segregación para Sí con un Valor de $50,000.00 escritura número 50 otorgada en San Juan el día 22 de mayo de 1995 ante el notario, Raúl C. Casanovas Balado, inscrita al folio 201 del Tomo 1689 de Bayamón, inscripción 1ra.

GRAVÁMENES: Por su procedencia: Servidumbres y condiciones restrictivas.

POR SI:
HIPOTECA a favor del BANCO CENTRAL HIPANO PUERTO RICO, o a su orden, por la suma principal de $1,400,000.00, con un interés al ½% anual Sobre el tipo Preferencial y vencedero a la presentación, constituida mediante la escritura número 49 otorgada en Bayamón el día 14 de noviembre de 1995 ante el notario Noel González Miranda, inscrita al folio 201 del Tomo 1689 de Bayamón, inscripción 2da y última.

PRESENTADO Y PENDIENTE:
Al asiento 1450 del diario 1267, el 16 de mayo de 2007, escritura #1025, otorgada en Bayamón el 11 de diciembre de 2006, ante el notario Juan Carlos Ortega Torres, donde amplia la hipoteca de $1,400,000.00 por la suma de $508,200.00, para un total de $1,908,200.00, intereses al 9.25% anual y el vencimiento en 25 años.

NOTA: Debido al sistema de bitácora electrónica utilizado en la Sección, no podemos precisar que exista algún documento adicional relacionado con esta finca.

REVISADOS: Registro de embargos, sentencias, contribuciones federales y bitácora electrónica a las 9:00 A.M. del día 10 de marzo de 2010.

EDL

## PEREZ & MANGUAL
### INVESTIGADORES DE TITULO

*Angel A. Pérez*
Investigador de Título
Socio Fundador de la Asociación
de Investigadores de Título de PR

A: WESTERNBANK
    DIVISION LEGAL

RE: PUERTO RICO TRACTION TIRE MANUFACTURERS

FECHA: 10 de marzo de 2010
REGISTRO DE LA PROPIEDAD DE PUERTO RICO, SECCION DE: Ponce
PROPIEDAD DESCRITA AL FOLIO 266 TOMO 1713 INSCRIPCION 1ª

COMO SIGUE:
Urbana: Solar marcado con el #11 del Reparto Industrial Reparada, localizado en el Barrio Canas del término municipal de Ponce, Puerto Rico, con un área de 6,311.8628 metros cuadrados, Colinda:

NORTE; en 58.04 metros con solar 19 del mencionado Reparto Industrial Reparada
SUR    ; en 89.93 metros con la calle B del mencionado Reparto Industrial Reparada
ESTE   ; en 78.83 metros con CRUV
OESTE; en 88.37 metros con solar 10 del mencionado Reparto Industrial Reparada

En la inscripción 5ª se dice que se ha construido un Edificio en acero industrial con un área superficial de 8250 pies cuadrados para almacenaje 8.7 de altura.

PROPIEDAD INSCRITA A FAVOR DE PUERTO RICO TRACTION TIRE MANUFACTURERS, INC.

FOLIO 269 TOMO 1713 PUEBLO Ponce FINCA # 24,673 INSCRIPCION 7ª

LA CUAL FUE ADQUIRIDA MEDIANTE: Compra a Caribbean Refractory Services, Inc.

SEGÚN: Escritura #11 otorgada en San Juan, el 30 de marzo de 1995 ante el notario Samuel Torres Cortés.

POR LA SUMA DE: $500,000.00

HIPOTECAS:

    1. Hipotecas constituida por la titular
A favor de Westernbank Puerto Rico
En garantía de pagaré por la suma de $570,000.00 al 5.99% anual desde esta fecha y durante los siguientes 36 meses y durante periodos consecutivos de 36 meses siguientes a razón del tipo fijo resultante al añadir 1% a la tasa preferencial Prime Rate, vencimiento: 20 años consta de la escritura #208 otorgada en San Juan el 1 de abril de 2004 ante el notario Francisco Biaggi Landrón.

Folio 85 Tomo 2064 De Ponce Finca # 24, 673 Inscripción 9°

SERVIDUMBRES:
    1. AFF
    2. AFF
    3. ELA
    4. Mención de servidumbre a favor del municipio de Ponce
    5. Mención servidumbre AFF

Condiciones Restrictivas: Ninguna

EMBARGOS:
    1. Federales  Nada
    2. Estatales   Nada
    3. Otros      Nada

SENTENCIAS: Nada

BITACORA: Nada, Revisada hasta el asiento 911 del diario 1012.

*[signature]*
ANGEL A PEREZ
INVESTIGADOR DE TITULOS