IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-09849 BKT

PUERTO RICO TRACTION TIRES MANUFACTURE

Chapter 7

XXX-XX3366

FILED & ENTERED ON 11/15/2010

Debtor(s)

ORDER TO SHOW CAUSE

The debtor shall show cause in writing, within fourteen (14) days, as to why sanctions should not be imposed for failure to comply with the order entered in docket entry #129.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of November, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
MAXIMILIANO TRUJILLO GONZALEZ
WILFREDO SEGARRA MIRANDA
F/UP